UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-236-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER GRANTING LEAVE TO |
| v. | ) | <u>DESTROY CERTAIN EVIDENCE</u> |
| | ) | |
| TERRI HART | ) | |
| APRIL HALL | ) | |
| THOMAS THACKER | ) | |
| SHIQUANDRA BROOKS | ) | |

This matter having come before the Court on the United States' motion for leave to destroy certain evidence, for good cause shown, and without timely objection by any defendant hereto, IT IS HEREBY ORDERED that the United States may immediately destroy all evidence retained for the above-captioned matter.

SO ORDERED, this __14__ day of September, 2010.

_____
JAMES C. DEVER, III
United States District Judge